# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: dmcfadden | Date Created: 6/3/2010 |
| Case: 1−10−45226−ess | Form ID: 218 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Ilario G. Tenecela | 94−11 86 Ave. | Woodhaven, NY 11421 | | |
| tr | Marianne DeRosa | Standing Chapter 13 Trustee | 100 Jericho Quadrangle | Suite 208 | Jericho, NY 11753 |
| smg | Diana Adams | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 | |
| 6736556 | BACHOMELOANS | 450 AMERICAN ST. | SIMI VALLEY, CA 93065 | | |
| 6736557 | CITI | P.O. BOX 6241 | SIOUX FALLS, SD 57117 | | |
| 6736558 | GMAC MTG | 3451 HAMMOND AVE. | WATERLOO, IA 50702 | | |
| 6736559 | INDYMAC − HLS | 6900 BEATRICE DR. | KALAMAZOO, MI 77081 | | |
| 6736560 | SEARS CBSD | 133200 SMITH RD. | CLEVELAND, OH 44130 | | |

TOTAL: 8